# EXHIBIT B

Proposed Order

R&S 2356337_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| BARBARA B. STALZER, Chapter 7 trustee for the estate of Jeffery Victor Morse, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:19cv00023<br>) |
| v. | ) ORDER GRANTING TRUSTEE'S<br>) MOTION FOR LEAVE TO AMEND<br>) THE COMPLAINT |
| AMERICAN MERCHANT, INC., CNS GLOBAL ADVISORS, and MERCHANT HOUSE INTERNATIONAL LTD., | )<br>) By:<br>) United States District Judge |
| Defendants. | |

**THIS MATTER** was heard by the undersigned upon the Response to the Motions to Dismiss [Docket Entries 16, 17 &18 ]and Motion of Barbara B Stalzer, Chapter 7 trustee for the estate of Jeffrey Victor Morse, Bankruptcy Case No. 19-40142, pending in the United States Bankruptcy Court for the Western District of North Carolina, Shelby Division for leave to amend the complaint. Having considered the pleadings and applicable law, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Trustee's Motion for Leave to Amend the Complaint is hereby **GRANTED**.

ENTER:

_____
United States District Judge